IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Tate, Robert | Case Number: 04 B 12492 |
|---|---|---|
| | Tate, Dorothy P | Judge: Hollis, Pamela S |
| | Printed: 10/23/07 | Filed: 3/30/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  September 28, 2007
Confirmed: May 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,484.00 |  |
| Secured: |  | 3,000.00 |
| Unsecured: |  | 14,681.36 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 931.86 |
| Other Funds: |  | 870.78 |
| Totals: | 19,484.00 | 19,484.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Value City | Secured | 3,000.00 | 3,000.00 |
| 2. | Resurgent Capital Services | Unsecured | 563.15 | 563.15 |
| 3. | Household Financial Corporation | Unsecured | 5,729.60 | 5,729.60 |
| 4. | ECast Settlement Corp | Unsecured | 915.70 | 915.70 |
| 5. | Resurgent Capital Services | Unsecured | 565.08 | 565.08 |
| 6. | World Financial Network Nat'l | Unsecured | 189.49 | 189.49 |
| 7. | ECast Settlement Corp | Unsecured | 281.88 | 281.88 |
| 8. | Capital One | Unsecured | 2,970.14 | 0.00 |
| 9. | Capital One | Unsecured | 3,785.30 | 3,785.30 |
| 10. | RoundUp Funding LLC | Unsecured | 2,651.16 | 2,651.16 |
| 11. | Capital One | Unsecured | 2,872.97 | 0.00 |
| 12. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 13. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 14. | Orchard Bank | Unsecured | | No Claim Filed |
| 15. | Wal Mart Stores | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,524.47 | $ 17,681.36 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 89.84 |
| 6.5% | 239.44 |
| 3% | 46.66 |
| 5.5% | 230.46 |
| 5% | 76.65 |
| 4.8% | 125.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tate, Robert<br>Tate, Dorothy P<br>Printed: 10/23/07 | Case Number: 04 B 12492<br>Judge: Hollis, Pamela S<br>Filed: 3/30/04 |

```
              5.4%              123.56
                              _____
                              $ 931.86
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____